```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION


DERRICK ROBERTS                                        PLAINTIFF

v.                     Case no. 6:13-CV-06134

DR. GREGORY McKINNEY; TIM VALOON,
Health Services Administrator,
Ouachita River Unit, Arkansas
Department of Correction; and
DEPUTY DIRECTOR WENDY KELLY                           DEFENDANTS
```

## ORDER

Now on this 17th day of March, 2015, there comes on for consideration the Report and Recommendation (Doc. 22) filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, in regard to a Motion to Dismiss (Doc. 15) filed by Separate Defendant Wendy Kelly. No objections were filed to the Report and Recommendation.

The Court has reviewed the case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is ADOPTED in its entirety. Accordingly, Separate Defendant Wendy Kelly's Motion to Dismiss (Doc. 15) is GRANTED, and she is DISMISSED as a Defendant in this matter.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```